SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

Cathy L. Arias, SBN# 141989
Andrew R. Shalauta, SBN# 186821
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:      (510) 444-6800
Facsimile:      (510) 835-6666
Email: carias@burnhambrown.com  ashalauta@burnhambrown.com

Attorneys for Defendant
VACAVILLE AUTOMOTIVE CENTER, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson,<br><br>             Plaintiff,<br><br>     vs.<br><br>Vacaville Automotive Center,<br><br><br>             Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 09-cv-02671-WBS-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY AND MOTION HEARING DEADLINES** |
|---|---|---|

1 | Plaintiff, Scott N. Johnson ("Plaintiff") and Defendant Vacaville Automotive Center, ("Defendant"), by and through their designated counsel of record, hereby agree and stipulate AS FOLLOWS:

(1) the parties agree to extend the deadline to disclose experts and produce reports to July 16, 2010;

(2) the parties agree to extend the deadline to disclose rebuttal experts and produce reports to August 6, 2010;

(3) the parties agree to extend the deadline for all discovery to August 31, 2010; and,

(4) the parties agree to extend the deadline for all motions, except for continuances, temporary restraining orders, or other emergency applications to September 17, 2010.

IT IS SO STIPULATED.

Dated: April 21, 2010                    BURNHAM BROWN

/s/Andrew R. Shalauta
ANDREW R. SHALAUTA
Attorney for Defendant


DISABLED ACCESS PREVENTS INJURY, INC.

Dated: April 6, 2010                     /s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**ORDER**

IT IS SO ORDERED.

Date: April 21, 2010

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

Ddad1/orders.civil/johnson2671.stipord.schedmod